**Order entered July 21, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00570-CV**

**IN RE ERIC DRAKE, Relator**

**Original Proceeding from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-13508**

**ORDER**

Before Chief Justice Burns, Justice Molberg, and Justice Reichek

Based on the Court's opinion of this date, we **DENY** the petition to the extent it seeks a writ of mandamus, and we **DISMISS** the petition to the extent it seeks a writ of prohibition. We also **DENY** the request for emergency relief as moot.

/s/     KEN MOLBERG
JUSTICE